**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KEVIN WALKER,

                              Plaintiff,

              -against-                                        18 **CIVIL** 4090 (VEC)

                                                              **JUDGMENT**

JOON KIM, *Acting U.S. Attorney*; KARIN
PORTLOCK, *AUSA*; JONATHAN REBOLD,
*AUSA*; ANDREW ADAMS, *AUSA*; JORDAN
L. ESTES, *AUSA*; AMANDA KRAMER *AUSA*;
DINA McLEOD, *AUSA*; FRANK J.
BALSAMELLO, *AUSA*; JESSICA
LONERGAN, *AUSA*; JARED LENOW, *AUSA*;
HADASSA WAXMAN, *AUSA*; DANIEL
CHURLA, *NYPD*; MICHAEL McCREADY,
STEVEN ST. HILAIRE; JOANNE BECK, *ATF*;
KEITH SMITH *ATF*; JASON ALLISON, *ATF*,

                              Defendants.
-------------------------------------------------------------X

              It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated December 3, 2020, this Court ADOPTS the R&R in full.

Defendants' motion to dismiss is GRANTED. Because the R&R gave the parties adequate warning,

*see* R&R at 38, Plaintiff's failure to file adequate and specific objections to the R&R precludes

appellate review of this decision. *See Caidor v. Onondaga Cty.,* 517 F.3d 601, 604 (2d Cir. 2008);

*Mario v. P & C Food Mkts., Inc.,* 313 F.3d 758, 766 (2d Cir. 2002). Accordingly, the Court certifies

pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith,

and, therefore, permission to proceed *in forma pauperis* for purposes of appeal is denied, and this case

is closed.

**Dated:** New York, New York
              December 3, 2020

**RUBY J. KRAJICK**

_____

**Clerk of Court**

BY:

**Deputy Clerk**